ENTERED ON DOCKET
R. 79 (a)

MAY 27 2004

28.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED
MAY 25 2004

| | |
|---|---|
| CHARLES F. LAMBETH, JR. and MICHAEL D. LEA, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | 1:03CV00592 |
| THE BOARD OF COMMISSIONERS OF DAVIDSON COUNTY, NORTH CAROLINA, ) ) ) | |
| Defendant. ) | |

ORDER AND JUDGMENT

OSTEEN, District Judge

For the reasons stated in the memorandum opinion filed this same day,

IT IS ORDERED that Plaintiffs Charles F. Lambeth, Jr. and Michael D. Lea's Motion for Leave to File and Serve Second Amended Complaint [19] is DENIED.

IT IS FURTHER ORDERED AND ADJUDGED that Defendant Board of Commissioners of Davidson County's Motion to Dismiss Plaintiffs' First Amended Complaint [10] is GRANTED.

This the 25 day of May 2004.

_____
United States District Judge